————o————

CATHERINE CUSTER, Respondent, *vs.* J. A. ARBUTHNOT, *et al.*, Appellants.

1. *Appeal—No brief, etc., filed.—Result.*—Where appellant fails to file statement and brief, appeal will be dismissed.

*Appeal from Chariton Common Pleas.*

WAGNER, Judge, delivered the opinion of the court.

The appellants having neglected to file any statement and brief as the law requires, the appeal in this case will be dismissed ; the other judges concur.